.
judges: MURGUIA, FLETCHER, BERZON, CALLAHAN, HURWITZ, OWENS, FRIEDLAND, MILLER, LEE, BRESS, FORREST